CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Erin L. Laney  
PITE DUNCAN, LLP  
4375 Jutland Drive, Suite 200  
P.O. Box 17933  
San Diego, CA 92177-0933  
TELEPHONE: (858) 750-7600  
FACSIMILE: (619) 590-1385

CA SBN 259863

Order Entered on July 01, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**  
SOUTHERN DISTRICT OF CALIFORNIA  
325 West "F" Street, San Diego, California 92101-6991

In Re  
Manea M Hairfield  
Debtor.

BANKRUPTCY NO. 10-06714-LT13

US Bank National Association, as Trustee for Wachovia Loan Trust, Series 2006-AMN1  
Moving Party

RS NO.  PD-1

Manea M Hairfield  
David L. Skelton    Trustee    et al.  
Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
## ☑ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __3__ pages, is granted. Motion Docket Entry No. __12__.

//  
//  
//  
//

DATED: June 30, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

PITE DUNCAN, LLP  
(Firm name)

By: /s/  Erin L. Laney  (CA SBN 259863 )  
Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Manea M Hairfield                                    CASE NO: 10-06714-LT13
                                                             RS NO.:  PD-1

The Motion of ___US Bank National Association, as Trustee for Wachovia Loan Trust, Series 2006-AMN1___,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on ___June 15, 2010___, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. ___13___, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on ___June 15, 2010___, and

- ☑ Debtor *(Name)*: Manea M Hairfield
- ☑ Debtor's Attorney *(Name)*: John F. Brady
- ☑ Trustee *(Name)*: David L. Skelton
- ☑ United States Trustee (in Chapter 11 & 12 cases), and
- ☑ Others, if any *(Name)*: Lienholder
  Banco Popular

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☑ The following real property:

   a. Street address of the property including county and state:
      9532 Colorado Blue Street, Las Vegas, Nevada 89123

   b. Legal description is ☐ attached as Exhibit B or ☑ described below:
      SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

_ The 14 day stay provided by Bankruptcy Rule 4001 (a)(3) is waived; This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of United States Code; Movant may offer and provide Debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; This Order shall be binding as to US Bank National Association, as Trustee for Wachovia Loan Trust, Series 2006-AMN1.

CSD 1162

*Signed by Judge Laura Stuart Taylor June 30,2010*

EXHIBIT A

time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(R) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the         COUNTY        [Type of Recording Jurisdiction] of      CLARK                             [Name of Recording Jurisdiction]:

LOT 212 OF SILVERADO PINES-UNIT 3B, AS SHOWN BY MAP
THEREOF ON FILE IN BOOK 116 OF PLATS, PAGE 76, IN THE
OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Parcel ID Number:   177-21-814-032                    which currently has the address of
                    9538 COLORADO BLUE STREET                                        [Street]
                    LAS VEGAS                         [City], Nevada    89123        [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances